# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE M PINNOCK<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHN DOE , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14–cv–05551–ODW–AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  __7/17/2014__        __1__        __Complaint__

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated:_July 17, 2014_        By: _/s/ Jenny Lam_
                                          Deputy Clerk