# United States District Court
# Central District of California

| | |
|---|---|
| MARLENE M. PINNOCK,<br><br>Plaintiff,<br><br>v.<br><br>CHP OFC. "JOHN DOE," et al.,<br><br>Defendants. | Case No. 2:14-cv-5551-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 53), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 20**, **2015** why settlement has not been finalized. No hearing will be held. All other dates and deadlines, including Defendant's Motion to Dismiss (ECF No. 18) and Motion to Strike (ECF No. 19), in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 20, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**