James J. McGarry 92856
jamesjmcgarry@mcgarrylaufenberg.com
William Leamon Cummings 123037
wmleamoncummings@mcgarrylaufenberg.com
McGarry & Laufenberg
615 Nash Street, Ste. 305
El Segundo, Ca. 90245

(310) 606-8675
fax: (310) 606-8695

Attorneys for Defendant, C.H.P. Officer Daniel Andrew

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marlene M. Pinnock,<br><br>           Plaintiff,<br><br>    vs.<br><br>CHP Ofc. "John Doe," et al.,<br><br>           Defendants. | Case No.: CV14-05551 ODW (AS)<br><br>Hon. Otis D. Wright II, Courtroom no. 11<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT ANDREW |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

     Pursuant to Federal Rules of Civil Procedure, Rule 41, plaintiff, Marlene Mardella Pinnock, dismisses with prejudice her first amended complaint against defendant, Daniel Andrew.  Each party is to bear his or her own attorney's fees and costs.

-1-

Stipulation to Dismiss Defendant Andrew

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

Date: McGarry & Laufenberg

*James J. McGarry*
James J. McGarry, attorneys for defendant, C.H.P. Officer Daniel Andrew

Date: Law Offices of Caree Harper

Caree Harper, attorneys for plaintiff, Marlene Mardella Pinnock, assistant2caree@aol.com, dwc4009@sbcglobal.net

Date: Law Offices of John L. Burris

John L. Burris, attorneys for plaintiff, Marlene Mardella Pinnock, john.burris@johnburrislaqw.com

-2-

Stipulation to Dismiss Defendant Andrew