UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-05551-ODW(ASx) | Date | March 2, 2015 |
|---|---|---|---|
| Title | Marlene M Pinnock v. John Doe et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Debra Read |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Caree Harper | Paul F Arentz<br>James J McGarry |

**Proceedings:**     **STATUS CONFERENCE**

     Case called, appearances made. The Court questioned Ms. Harper regarding the circumstances of her initial encounter with Ms. Pinnock and when she first became alerted to the fact that Ms. Pinnock may be incompetent and unable to see to her own legal needs. Ms. Harper refused to answer the court's questions and the Court ordered her detained for contempt of court 18 USC 401. She will remain in custody until such time she is willing to answer the Court's questions.

|  | : | 51 |
|---|---|---|
| Initials of Preparer | | se |